CLOSED

# U.S. District Court
# Southern District of Illinois (East St. Louis)
# CIVIL DOCKET FOR CASE #: 3:07−cv−00642−JPG−DGW

Boggs v. Davol, Inc. et al
Assigned to: Judge J. Phil Gilbert
Referred to: Mag/Judge Donald G. Wilkerson
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 09/10/2007
Date Terminated: 10/25/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Jeff Boggs**
*on behalf of himself and all others similarly situated*

represented by **Edward A. Wallace**
Wexler Firm
Generally Admitted
55 Monroe Street
Suite 3300
Chicago, IL 60603
312−346−2222
Email: eaw@wtwlaw.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2007 | 1 | Case Opened. Filing fee paid $ 350.00, Receipt Number 44625000060. Documents may now be electronically filed. Case number 07−642−JPG must be placed on all documents prior to filing them electronically. (Attachments: # 1 Consent to Magistrate Judge)(bkl) (Entered: 09/10/2007) |
| 09/10/2007 | 2 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. (Filing fee $ 350.), filed by Jeff Boggs. (Attachments: # 1 Civil Cover Sheet)(Wallace, Edward) (Entered: 09/10/2007) |
| 10/19/2007 | 3 | Preliminary Transfer Order signed by Judicial Panel of Multidistrict Litigation (Attachments: # 1 Cover Letter from MDL)(myz ) (Entered: 10/23/2007) |
| 10/25/2007 | 4 | CONDITIONAL TRANSFER ORDER (CTO−5) TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to District of RI, MDL No. 1842, Kugel Mesh Hernia Patch Products Liability Litigation. (myz ) (Entered: 10/29/2007) |